# United States Navy–Marine Corps Court of Criminal Appeals

_____

**UNITED STATES**
Appellee

**v.**

**Julian E. SELVAJONES**
Sergeant (E-5), U.S. Marine Corps
Appellant

**No. 201800257**

Appeal from the United States Navy-Marine Corps Trial Judiciary.

Decided: 20 March 2019.

Military Judge:
Lieutenant Colonel Leon J. Francis, USMC.

Sentence adjudged 24 April 2018 by a special court-martial convened at Marine Corps Base Kaneohe Bay, Hawaii, consisting of a military judge sitting alone. Sentence approved by convening authority: reduction to E-1, confined for 90 days,[1] and a bad-conduct discharge.[2]

For Appellant:
_Captain Scott F. Hallauer, JAGC, USN._

For Appellee:
_Brian Keller, Esq._

_____

**This opinion does not serve as binding precedent under NMCCA Rule of Appellate Procedure 30.2(a).**

_____

_____

[1]The Convening Authority suspended confinement in excess of 45 days pursuant to a pretrial agreement.

[2] Contingent on Appellant voluntarily waiving his right to administrative separation proceedings, the Convening Authority suspended the bad-conduct discharge until the administrative separation process was complete.

Before FULTON, HITESMAN, and FOIL,
*Appellate Military Judges.*

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the approved findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred. Articles 59 and 66, UCMJ, 10 U.S.C. §§ 859, 866.

The findings and sentence as approved by the convening authority are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court